STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
LISA M. SIMONETTI (State Bar No. 165996)
DAVID W. MOON (State Bar No. 197711)
GEORGE S. AZADIAN (State Bar No. 253342)
2029 Century Park East, Suite 1800
Los Angeles, CA 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
Email: lacalendaring@stroock.com

Attorneys for Defendant
  WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARON CHESLOW, individually and on behalf of others similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>      Defendant. | Case No. 10-cv-00503 SI<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT WELLS FARGO BANK, N.A. TO RESPOND TO COMPLAINT AND EXTENDING THE DATE OF THE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Action Filed: February 3, 2010<br>Trial Date: None set<br><br>PROPOSED CLASS ACTION |

[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND EXTENDING THE DATE OF
THE INITIAL CASE MANAGEMENT CONFERENCE
(CASE NO. 10-CV-00503 SI)

LA 51264220v1

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that, pursuant to the Stipulation between the parties, that defendant's time to answer or otherwise respond to the Complaint hereby is extended for an additional period of twenty-five (25) days, to and including June 4, 2010.

IT IS FURTHER ORDERED that, the date currently scheduled for the parties to file a joint case management statement is hereby extended to June 4, 2010 and the date of the initial case management conference is hereby extended to June ~~11~~ 18, 2010 at 2:30 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2010          _____
                                     THE HONORABLE JUDGE SUSAN ILLSTON

- 1 -
[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND EXTENDING THE DATE OF THE INITIAL CASE MANAGEMENT CONFERENCE
(CASE NO. 10-CV-00503 SI)

LA 51264220v1

# CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2010, that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  The Court or the CM/ECF system will send notification of such filings to all CM/ECF participants.  I further certify that a true and correct copy of this document was sent via U.S. first-class mail, postage pre-paid to all non-CM/ECF participants.

       /s/ George S. Azadian
          George S. Azadian

- 2 -

[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND EXTENDING THE DATE OF THE INITIAL CASE MANAGEMENT CONFERENCE
(CASE NO. 10-CV-00503 SI)

LA 51264220v1