1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 083013)
2  LISA M. SIMONETTI (State Bar No. 165996)
   DAVID W. MOON (State Bar No. 197711)
3  GEORGE S. AZADIAN (State Bar No. 253342)
   2029 Century Park East, Suite 1800
4  Los Angeles, CA  90067-3086
   Telephone: 310-556-5800
5  Facsimile: 310-556-5959
   Email: lacalendaring@stroock.com
6

7  Attorneys for Defendant
     WELLS FARGO BANK, N.A.
8

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13 SHARON CHESLOW, individually and on    )
   behalf of others similarly situated,   )  Case No. 10-cv-00503 SI
14                                        )
                                          )
15             Plaintiff,                 )
                                          )
16        vs.                             )  **[PROPOSED] ORDER EXTENDING
                                          )  DATE OF CASE MANAGEMENT
17 WELLS FARGO BANK, N.A.,                )  CONFERENCE**
                                          )
18             Defendant.                 )  Action Filed: February 3, 2010
                                          )  Trial Date:  None set
19                                        )
                                          )  PROPOSED CLASS ACTION
20                                        )

21

22

23

24

25

26

27

28

---

[PROPOSED] ORDER EXTENDING DATE OF CASE MANAGEMENT CONFERENCE
(CASE NO. 10-CV-00503 SI)

LA 51286113v1

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that, pursuant to the Stipulation between the parties, that the date of the Case Management Conference is continued from July 2, 2010 at 2:30 p.m., to July 23, 2010 or a date to be determined by the Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2010       _____
                                  THE HONORABLE JUDGE SUSAN ILLSTON

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2010, that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.  The Court or the CM/ECF system will send notification of such filings to all CM/ECF participants.  I further certify that a true and correct copy of this document was sent via U.S. first-class mail, postage pre-paid to all non-CM/ECF participants.

                         /s/ George S. Azadian
                             George S. Azadian

- 2 -

[PROPOSED] ORDER EXTENDING DATE OF CASE MANAGEMENT CONFERENCE
(CASE NO. 10-CV-00503 SI)

LA 51286113v1

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086