UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Sharon Cheslow, individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Wells Fargo Bank, N.A.,<br><br>　　　　　Defendant. | Case No.: 10-cv-00503-SI<br><br>**[PROPOSED] ORDER DISMISSING PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE AND WITHOUT NOTICE** |

　　　Having reviewed Plaintiffs' Unopposed Motion to Approve Dismissal of Putative Class Claims Without Prejudice and Without Notice and supporting Memorandum and the record in this case, the Court hereby enters the following Order:

　　　1.　　The Unopposed Motion is granted.

　　　2.　　The action, including the class claims, is dismissed in its entirety, the dismissal shall be without prejudice as to the class members, and no notice shall be sent to those class members.

　　　IT IS SO ORDERED.

Dated: July ___, 2010

_____
Judge Susan Illston
United States District Court

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2010, that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The Court or the CM/ECF system will send notification of such filings to all CM/ECF participants. I further certify that a true and correct copy of this document was sent via U.S. first-class mail, postage pre-paid to all non-CM/ECF participants.

                              /s/ *Michael D. Lieder*